1
 Jennifer Lind-Barnett and Julie Davis, Petitioners v. Tender Care Veterinary Center, Inc. Respondent No. 24SC8
Supreme Court of Colorado, En Banc
September 3, 2024
 
           Court
 of Appeals Case No. 22CA1611
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether Colorado's anti-SLAPP statute imposes a
 "nexus" requirement that demands a defendant's
 speech encourage, facilitate, or contribute to a general
 debate before that speech is made "in connection with a
 public issue or an issue of public interest."
 
 
          Whether
 the same standard for "matter of public concern"
 under Colorado's substantive law regarding defamation and
 invasion of privacy applies equally to the "matter of
 public interest" provision of Colorado's anti-SLAPP
 Act.
 
 
          [REFRAMED]
 Whether Colorado's anti-SLAPP statute requires courts to
 evaluate a speaker's motive when determining whether the
 speech in question was made "in connection with a public
 issue or an issue of public interest.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.